IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

DOREITHA M. BROOKS,

        Plaintiff,

vs.                          **Case No. 11-2369-RDR**

ATLANTIC ACQUISITIONS
GROUP, LLC,

        Defendant.

## O R D E R

This matter is presently before the court upon plaintiff's motion for default judgment. Plaintiff seeks statutory damages, attorney's fees and costs. Having carefully reviewed the file, the court is now prepared to rule.

Plaintiff filed this action on June 30, 2011. In her complaint, she alleged a violation of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq. Service was made upon the defendant on July 12, 2011. A clerk's entry of default was entered November 11, 2011. The instant motion was filed on December 15, 2011.

The FDCPA provides for damages, including an award for costs and reasonable attorney fees, as a remedy for violating its provisions. 15 U.S.C. § 1692k(a). The maximum recovery for a plaintiff who does not allege any actual damages and requests only statutory damages is $1,000.00, plus costs and a reasonable

attorney's fee.

Plaintiff seeks $1,000.00 in statutory damages, $1,800.00 in attorney's fees, and $355.79 in costs.  Plaintiff also seeks post-judgment interest.  The court finds that the requested amounts are reasonable and appropriate.  Accordingly, the court shall grant plaintiff's motion for default judgment against the defendant.  Plaintiff shall receive $1,000.00 in statutory damages, $1,800.00 in attorney's fees, and $355.79 in costs.  Plaintiff is also entitled to post-judgment interest.

**IT IS THEREFORE ORDERED** that plaintiff's motion for default judgment (Doc. # 9) be hereby granted.  Judgment is hereby entered for the plaintiff and against the defendant in the following amounts:  $1,000.00 in statutory damages, $1,800.00 in attorney's fees, and $355.79 in costs.  Plaintiff shall also be entitled to post-judgment interest.

**IT IS SO ORDERED.**

Dated this 4th day of January, 2012 at Topeka, Kansas.

s/Richard D. Rogers
United States District Judge